JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIZA VISMANOS, an individual, and RANDY ROSEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIPPE HOERLE-GUGGENHEIM, an individual,<br><br>Defendant. | Case No. 2:19-CV-01115-MWF-AS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

# ORDER

Based upon the Joint Stipulation Requesting Dismissal Of The Action Without Prejudice With The Court Retaining Jurisdiction To Enforce Settlement Agreement is entered into by and between Plaintiffs Liza Vismanos and Randy Rosen (collectively "Plaintiffs"), on the one hand, and Defendant Philippe Hoerle-Guggenheim ("Defendant"), on the other hand, and for good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This action is dismissed in its entirety, including all claims and counterclaims asserted therein, without prejudice;

2. The Court shall retain jurisdiction over this action and over the Parties to enforce the provisions of the Parties' Settlement Agreement between the Parties should that become necessary; and

3. Each Party shall bear their own costs and attorneys' fees except as may be specifically provided in the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

DATED: June 21, 2019

_____
Hon. Michael W. Fitzgerald
United States District Judge

11573.00002/650017