# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA VISMANOS, an individual, and RANDY ROSEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPPE HOERLE-GUGGENHEIM, an individual, and DOES 1 through 10, inclusive.<br><br>Defendants.<br><br>PHILIPPE HOERLE-GUGGENHEIM, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>LIZA VISMANOS, an individual, RANDY ROSEN, an individual, and ROES 1 through 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:19-cv-1115-MWF(ASx)<br><br>Before the Honorable Michael W. Fitzgerald<br><br>**JUDGMENT AGAINST PHILIPPE HOERLE-GUGGENHEIM** |

Based upon the Stipulation for Entry of Judgment Against Defendant Philippe Hoerle-Guggenheim entered into by and between Plaintiffs Liza Vismanos and Randy Rosen (collectively "Plaintiffs"), on the one hand, and Defendant Philippe Hoerle-Guggenheim ("Defendant"), on the other hand, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiffs be entered as follows:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $200,000, representing the total of unpaid Monthly Settlement Payments, along with an award of attorneys' fees in the amount of $1,960, for a total of $201,960.
2. Post-judgment interest shall accrue at 10 percent per annum from the date of entry of this Judgment pursuant to California Code of Civil Procedure section 685.010.

Dated: December 12, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge